UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:

Mary Brown-Lee,                            Chapter 13 Proceedings
                                                   Case No. 19-28702-KMP

        Debtor.

---

ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD FOR MOTION TO CONTINUE STAY

---

       The Debtor filed a Motion to Shorten Time for notice under Federal Rule of Bankruptcy Procedure 9006(c)(1). The Court scheduled a hearing on October 1, 2019, at 10:00am. Debtor's Counsel, the Trustee, and Creditor's Counsel for the City of Milwaukee appeared. The Motion was presented, and the Court agreed to grant the motion on the understanding that Debtor's Counsel would not bring such motions in the future, to which Debtor's Counsel agreed.

       IT IS THEREFORE ORDERED that the deadline for objection to the Debtor's Motion to Continue the Automatic Stay is shortened to September 30, 2019.

######