UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re   Mary Brown-Lee,                              Chapter 13
                    Debtor.                          Case No. 19-28702-KMP

**ORDER CONTINUING AUTOMATIC STAY**

      The Debtor filed a Motion to Extend the automatic stay beyond 30 days under 11 U.S.C. § 362(c)(3)(B). Notice of the Motion was provided to all creditors, and a hearing was held on October 1, 2019, scheduled at 10:00am and held at 10:30am to allow the Debtor's travel by bus to the hearing. The Debtor, Debtor's counsel, Creditor's counsel for the City of Milwaukee, and the Trustee appeared. The Creditor objected to the Motion, and the Debtor provided testimony related to her case in support of her assertion that her case was filed in good faith. After testimony and argument, and for the reasons more fully stated on the record at the October 1 hearing, the Court finds that the Debtor's petition was filed in good faith and that there is a likelihood of the Debtor proposing and completing a confirmable Plan. Accordingly,

      IT IS HEREBY ORDERED: that the Motion is granted, and the automatic stay will remain in effect as to all creditors, without prejudice to the rights of creditors to seek relief from the automatic stay.

#####