UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re: Mary E. Brown-Lee,

              Debtor.

Case No. 19-28702
Chapter 13

---

**AFFIDAVIT OF NO RESPONSE**

---

| STATE OF WISCONSIN | ) |
|---|---|
| | ) SS |
| MILWAUKEE COUNTY | ) |

    Michael A. Sosnay, being first duly sworn on oath, deposes and states as follows:

    1.    He is an attorney licensed to practice law in the United States Bankruptcy Court for the Eastern District of Wisconsin, and that he is the attorney of record for Creditor.

    2.    That on October 1, 2019, a Motion for Relief from Automatic Stay and Abandonment was served upon Todd C. Esser, Attorney for the Debtor, Mary E. Brown-Lee, the Debtor, Rebecca R. Garcia, Trustee, and all creditors electronically or by Affidavit of Mailing and that fourteen (14) days have passed since that date, and no response has been received.

    3.    This Affidavit is made on behalf of the Creditor, having first been authorized to do so, in support of Creditor's Motion for Relief from Automatic Stay and Abandonment.

    Dated at Milwaukee, Wisconsin this 18th day of October, 2019.

                                                        DARNIEDER & SOSNAY
                                                        BY:
                                                        Michael A. Sosnay, State Bar No: 1059549
                                                        Attorney for 5230 Sherman, LLC

Subscribed and sworn to before me
this 18th day of October, 2019.

_____
Notary Public, State of Wisconsin
My Commission Expires: 1/22/21

Michael A. Sosnay – State Bar No. 1059549
Darnieder & Sosnay
735 N. Water St., Suite 205
Milwaukee, WI 53202
Phone: (414) 277-1400
Fax: (414) 277-7087
E-Mail: mike@darniedersosnay.com