THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 21, 2019



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In re | Chapter 13 |
|---|---|
| Mary E. Brown- Lee, | Case No. 19-28702-kmp |
| Debtor | |

**ORDER MODIFYING STAY TO PERMIT EVICTION**

The Debtor's landlord, 5230 Sherman, LLC (the "Movant"), filed a motion for relief from stay to evict the Debtor from the property located at 5230 N. Sherman Blvd., Apt. 19, Milwaukee, WI (the "Property"), due to nonpayment of post-petition rent. Due and proper notice of the motion was given, and no objections were filed. The facts recited in the motion show that cause exists for granting the Movant's request for relief from the stay.

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. § 362 is modified to permit the Movant to exercise its rights and remedies under its lease with the Debtor to collect post-petition rent and evict the Debtor from the Property in accordance with nonbankruptcy law. Unless this case is dismissed or the Debtor does not receive a discharge, the Movant is not entitled to collect pre-petition rent from the Debtor.

IT IS FURTHER ORDERED: all other relief requested in the motion is denied;

IT IS FURTHER ORDERED: the Trustee is authorized and ordered to abandon the Property from the bankruptcy estate under 11 U.S.C. § 554, and abandonment is effective upon entry of this Order; and

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).